UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **DAVID WAYNE TRAHAN, SR. AND JENDY TRAHAN** | * CIVIL ACTION NO. <br> * <br> * <br> * JUDGE |
| **VERSUS** | * <br> * MAG. JUDGE <br> * |
| **LEGACY ROOFING & CONSTRUCTION, LLC AND RHETT HANSEN** | * <br> *JURY TRIAL |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:

NOW INTO COURT, through undersigned counsel, come Defendants, LEGACY ROOFING & CONSTRUCTION, LLC and RHETT HANSEN, who respectfully file this Notice of Removal of the cause from the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, to the United States District Court for the Western District of Louisiana pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1446. Defendants file this Notice of Removal with full reservation of any and all rights, defenses and objections. In support of this Notice of Removal, LEGACY ROOFING & CONSTRUCTION, LLC and RHETT HANSEN, state as follows:

### I. INTRODUCTION

1.

Plaintiff's property at 5200 Manchester Rd., Iowa, LA 70647 sustained damage from Hurricane Laura and Hurricane Delta. Plaintiffs allege that they entered into a contract with Legacy Roofing & Construction, LLC to repair the damage to the subject property on or about December 19, 2020. Plaintiffs allege that Legacy Roofing & Construction, LLC performed

1

construction work on the subject property but that Legacy Roofing & Construction, LLC did not complete the work. Plaintiffs further allege that some work Defendants completed at the residence was defective. In addition, to their claims against Legacy Roofing & Construction, LLC, Plaintiffs also allege that Rhett Hansen is liable to Claimant for intentional misrepresentations.

2.

On October 26, 2022 Claimants, David Wayne Trahan, Sr. and Jendy Trahan, filed suit in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, Docket No. 2022-5326, Division "D" entitled, *David Wayne Trahan, Sr. and Jendy Trahan v. Legacy Roofing & Construction, LLC and Rehett Hansen* [sic]*,* a copy of which is attached hereto as **Exhibit 1**.

3.

Claimants requested service of the *Petition for Breach of Contract and Damages* on Rhett Hansen via Louisiana Long Arm Service to, Rhett Hansen, 5205 Blackwood Drive, McKinney, TX 75071 and Rhett Hansen was served via Long-Arm Service in December 2022.

4.

Claimant requested service of the *Petition for Breach of Contract and Damages* on Legacy Roofing & Construction, LLC through its agent for service of process, Rhett Hansen, 308 N. Post Oak, Road, Sulphur, LA 70663; however, service was not effected on Legacy Roofing & Construction, LLC at that time. Subsequently, Plaintiffs requested service of process on Legacy Roofing & Construction, LLC, a Texas Limited Liability Company with its principal place of business in Texas, through the Louisiana Long-Arm Statute, and service was effected via Long-Arm Service on Legacy Roofing & Construction, LLC on August 18, 2023.

## II. **DIVERSITY JURISDICTION EXISTS**

5.

Claimants, David Wayne Trahan, Sr. and Jendy Trahan, are both residents and citizens of the State of Louisiana.

6.

Defendant, Legacy Roofing & Construction, LLC, is a limited liability company organized and existing under the laws of the state of Texas having its principal place of business in the state of Texas. The only member of Legacy Roofing & Construction, LLC, is Rhett Hansen, who was a resident and citizen of the State of Texas at the time of the filing of Plaintiff's lawsuit and who remains a resident and citizen of the State of Texas currently. Therefore, Legacy Roofing & Construction, LLC, is a citizen of the State of Texas.

7.

Defendant, Rhett Hansen, was a resident and citizen of the State of Texas at the time of the filing of Plaintiff's lawsuit and remains a resident and citizen of the State of Texas.

8.

Accordingly, there is complete diversity between Claimants, David Wayne Trahan, Sr. and Jendy Trahan, and all served and properly joined Defendants. As of the date of this filing of this Notice of Removal, Claimants have not named any other Defendants. As of the date of filing of this Notice of Removal, Claimants have not obtained service of process on any other person from whom, Legacy Roofing & Construction, LLC and Rhett Hansen must obtain consent for this removal.

### III. THE AMOUNT IN CONTROVERSY IS SATISFIED

9.

La. Code Civ. P. art. 893 specifically prohibits the pleading of the amount of monetary damages sought, and Claimant's *Petition for Breach of Contract and Damages* does not set forth the specific amount of damages sought, except that the *Petition for Breach of Contract and Damages* does contain a general allegation that the claims were more than the requisite amount for federal court diversity jurisdiction, in accordance with La. Code Civ. P. art. 893. **Exhibit 1**, para. 29.

10.

In addition to pleading that the Plaintiffs damages are in excess of $75,000, exclusive of interest and costs, Plaintiffs also plead that they paid Defendants $71,968.54 and that they are seeking additional damages for defects and hiring additional contractors. **Exhibit 1**, paras. 6, et seq.

11.

In accordance with the foregoing, this is a civil action over which this court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this court by defendants pursuant to 28 U.S.C. § 1441 in that it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

### IV. THE NOTICE OF REMOVAL IS TIMELY

12.

Claimants filed their *Petition for Breach of Contract and Damages* on October 26, 2022.

13.

This Notice of Removal is timely and properly filed within one year of the October 26, 2022 *Petition for Breach of Contract and Damages*.

14.

Service was effected via Long-Arm Service on Legacy Roofing & Construction, LLC on August 18, 2023.

15.

This Notice of Removal is timely and properly filed within thirty (30) days of the August 18, 2023 service of the *Petition for Breach of Contract and Damages* on Legacy Roofing & Construction, LLC, the last Defendant to be served.[1]

16.

In accordance with 28 U.S.C. §1446(d), Defendants will provide appropriate Notice of this Removal to the Claimant and to the Clerk of Court for the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana.

17.

Defendants reserve the right to amend or supplement this *Notice of Removal.*

---

[1] All defendants must join in or consent to the removal within thirty days after the last defendant is served. 28 U.S.C. § 1446(b)(2)(C); *Easterling v. Muse*, No. CV 3:23-00676, 2023 WL 5424292, at *2 (W.D. La. Aug. 7, 2023), report and recommendation adopted, No. 3:23-CV-0676, 2023 WL 5411048 (W.D. La. Aug. 22, 2023); *Murillo v. Del Cuore*, Civ. Action No. 20-1761, 2020 WL 5269945, at *1 (E.D. La. Sept. 4, 2020) (citations omitted); *LaForge v. Golden Nugget Lake Charles, LLC*, Civ. Action No. 18-0916, 2019 WL 1410341, at *2 (W.D. La. Feb. 26, 2019), R&R adopted, 2019 WL 1388768 (W.D. La. Mar. 27, 2019); *Alford v. Chevron U.S.A. Inc.*, Civ. Action No. 13-5457, 2014 WL 37600, at *5 (E.D. La. Jan. 6, 2014).

18.

Defendants reserve all rights, defenses, and objections, including, without limitation, insufficiency of process, insufficiency of service of process, lack of personal jurisdiction, improper venue, lack of procedural capacity, improper cumulation, no right of action, lack of standing, prescription, preemption, and no cause of action.

## JURY DEMAND

19.

Defendant is entitled to and requests a trial by jury on all issues herein.

WHEREFORE, Defendants, Legacy Roofing & Construction, LLC and Rhett Hansen, pray that the action entitled *David Wayne Trahan, Sr. and Jendy Trahan v. Legacy Roofing & Construction, LLC and Rehett Hansen,* Docket No. 2022-5326, Division "D", 14th Judicial District Court, Parish of Calcasieu, State of Louisiana, be removed from the state court docket to the United States District Court for the Western District of Louisiana.

Respectfully submitted,

*/s/ Trent P. Roddy*

**GUY D. PERRIER, T.A. #20323**
**TRENT P. RODDY, #29404**
Perrier & Lacoste, LLC
One Canal Place
365 Canal Street, Suite 2550
New Orleans, Louisiana  70130
gperrier@perrierlacoste.com
troddy@perrierlacoste.com
Tel:  (504) 212-8820
Fax:  (504) 212-8825
**ATTORNEYS FOR DEFENDANTS,**
***Legacy Roofing & Construction, LLC and Rhett Hansen***

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this **13TH** day of **SEPTEMBER, 2023**, at their last known address of record.

      */s/ Trent P. Roddy*
      _____
      TRENT P. RODDY